IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOHDAN HOLYK | ) | |
|         Plaintiff, | ) | Case No.: 16 CV 2119 |
| | ) | |
| V. | ) | Honorable Judge John Z. Lee |
| | ) | |
| REMODELING AND CONSTRUCTION | ) | Magistrate Judge Maria Valdez |
| CORP. and OLEKSANDR | ) | |
| KRYZHEVSKYY | ) | |
|         Defendants. | ) | |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between the parties to the above captioned action, by their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1. This case be dismissed without prejudice with leave to reinstate on or before December 30, 2016;

2. In the event a motion to reinstate is not filed on or before December 30, 2016, the case shall be deemed dismissed with prejudice without further order of the Court;

3. Each party shall bear its own attorney's fees and costs; and

4. The October 12, 2016 status hearing date be stricken.

Respectfully submitted,

BY: _____              /s/ *Boris Parad*
One of Plaintiff's Attorneys             BY: _____
            One of Defendants' Attorneys

Timothy A. Scott
Kristen Griffin             Boris Parad
Mathew Kerbis             Andrew Cook
The Freydin Law Firm LLP             Parad Law Offices, P.C.
8707 Skokie Blvd., Suite 305             910 Skokie Boulevard, Suite 109
Skokie, Illinois 60077             Northbrook, Illinois 60062